BILLY LEE TAYLOR

V.

COMMONWEALTH OF VIRGINIA

Record No. 971938

September 18, 1998

Present: Carrico, C.J., Compton, Lacy, Hassell, Koontz, and Kinser, JJ.,
and Poff, Senior Justice

*Sterling Harrisbe Weaver, Sr.* for appellant.
*John H. McLees, Jr., Assistant Attorney General (Mark L. Earley, Attorney General,* on brief), for appellee.

PER CURIAM

 We awarded this appeal to review a judgment of the Court of Appeals holding that the trial court did not err in refusing to grant a mistrial based on a juror's delayed response to a *voir dire* question. *Taylor v. Commonwealth,* 25 Va. App. 12, 486 S.E.2d 108 (1997).

For the reasons stated in the opinion of the Court of Appeals, we will affirm the judgment entered below.

*Affirmed.*